## MOORE v. STATE.
### No. 15967.

Court of Criminal Appeals of Texas.
April 12, 1933.

O. H. Atchley, of New Boston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment being five years in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment appears to be in proper form. In this condition of the record nothing is presented for review.

The judgment is affirmed.

## BOOKMAN v. STATE.
### No. 15947.

Court of Criminal Appeals of Texas.
April 12, 1933.

W. R. Smith, Jr., of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

The evidence heard before the trial court is not brought up for review. The indictment appears regular and regularly presented.

There are no bills of exception making complaint of the procedure in the trial court. There are exceptions to the charge of the court, but the absence of the facts precludes the appraisement of the complaints.

In the absence of knowledge of the facts that were before the court, the complaint of the argument of counsel for the state presented in the motion for new trial cannot be made the basis of a reversal.

The judgment is affirmed.

## CARTER v. STATE.
### No. 15935.

Court of Criminal Appeals of Texas.

April 12, 1933.

J. W. Ellington, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for perjury; punishment being five years in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment appears to be in proper form. In this condition of the record, nothing is presented for review.

The judgment is affirmed.